IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Marvin McElroy, | ) | No. CV 1-08-0914-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| T. Deegan, et al., | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion for temporary restraining order and expedited preliminary injunction pursuant to Fed. R. Civ. P. 65(b)(1) and (3). Dkt. #22. No response has been filed by Defendants.

**IT IS ORDERED** directing Defendants to file a response to the motion on or before **January 29, 2010**.

DATED this 13th day of January, 2010.

_____
David G. Campbell
United States District Judge